```
          UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF WEST VIRGINIA
                  AT CHARLESTON
```

**ROGER PRINGLE,**

    **Plaintiff,**

**v.**                                   **Civil Action No. 2:18-cv-00901**

**ATTORNEY GENERAL, U.S.A.,**
**Government Office,**

    **Defendant.**

## MEMORANDUM OPINION AND ORDER

**The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Dwane L. Tinsley, entered on July 3, 2018; and the magistrate judge having recommended that the court deny plaintiff Roger Pringle's "Motion for 'Actio' Damnio Injuria Procedre Torts" and all subsequent motions for relief in this case; deny the plaintiff's Application to Proceed Without Prepayment of Fees and Costs; and dismiss this matter from the docket of the court; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that the findings made in the Proposed Findings and Recommendation of the magistrate judge be, and they hereby are, adopted by the court and incorporated herein.**

The court further notes the plaintiff's motion to stay, filed July 9, 2018. Inasmuch as it lacks any substantive ground, it is ORDERED that the plaintiff's motion to stay be, and it hereby is, denied.

It is, therefore, ORDERED that this case be, and it hereby is, dismissed.

The Clerk is directed to forward copies of this written opinion and order to the plaintiff, all counsel of record, and the United States Magistrate Judge.

ENTER: January 9, 2019

John T. Copenhaver, Jr.
Senior United States District Judge